# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY FLOWERS, | CV F 01-5821 AWI DLB HC |
| Petitioner, | ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE OBJECTIONS |
| v. | |
| ANTHONY LaMARQUE, Warden, | [Doc. 45] |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 15, 2005, the undersigned issued Findings and Recommendations recommending that the instant petition be denied. On August 11, 2005, Petitioner filed a request for an extension of time to file objections.

Good cause having been demonstrated, Petitioner's request is GRANTED and Petitioner is granted thirty (30) days from the date of service of this order to file objections.

IT IS SO ORDERED.

Dated:  September 12, 2005                    /s/ Dennis L. Beck
ah0l4d                                UNITED STATES MAGISTRATE JUDGE

1